# United States Court of Appeals for the Federal Circuit

---

June 25, 2013

**ERRATA**

---

Appeal No. 2012-1042

**COMMIL USA, LLC,**
*Plaintiff-Appellee,*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellant.*

Decided: June 25, 2013
Precedential Opinion

---

The following changes have been made to the concurring-in-part, dissenting-in-part opinion filed by *Circuit Judge* O'MALLEY in the opinion released June 25, 2013:

Page 9, line 35, "We unanimously" is changed to "Judge Prost and I".

Page 10, line 5, "the majority concludes" is changed to "Judges Prost and Newman conclude".